IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CAROLYN S. LUKENBILL, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Civil Action No.<br>05-0901-CV-W-REL-SSA |
| JO ANNE B. BARNHART, | |
| Defendant. | |

\_\_\_\_\_ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

 XX  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED

        that the decision of the Commissioner is reversed pursuant to sentence four of 42 U. S. C. Section 405(g), and this case is remanded for the reasons outlined in defendant's motion and order of March 23, 2006.

        P. L. Brune, Clerk

March 23, 2006     _____     By /s/ Bonnie J. Rowland
  Date                                                       Deputy Clerk